ORIGINAL

ORIGINAL

RECEIPT NUMBER

_534080_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHAN BELL,
  An Individual,

              Plaintiff,

V

PREFIX, INC.,
  A Michigan Corporation,

              Defendant.

```
JUDGE : Feikens, John
DECK  : S. Division Civil Deck
DATE  : 11/09/2005 @ 14:04:37
CASE NUMBER : 2:05CV74311
CIV BELL V PREFIX INC (EW)
```

MAGISTRATE JUDGE R. STEVEN WHALEN

_____ /

Elmer L. Roller P23592
Elmer L. Roller P.C.
1760 S. Telegraph Road
Suite 300
Bloomfield Hills, MI 48302-0183
(248) 335-5000

## COMPLAINT AND JURY DEMAND

There is no other civil action between these parties arising out of the same transaction or event as alleged in this Complaint pending in this Court, nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge, nor do I know of any other civil action, not between these parties, arising out of the same transaction or occurrence as alleged in this Complaint that is either pending or was previously filed and dismissed, transferred or otherwise disposed of after having been assigned to a judge in this Court.

_____
      **ELMER L. ROLLER**

NOW COMES the Plaintiff, JONATHAN BELL, by and through the auspices of his attorney, Elmer L. Roller of Elmer L. Roller P.C., and for his Complaint against Defendant, PREFIX, INC, a Michigan corporation, says as follows:

## JURISDICTION and PARTIES

1. Plaintiff JONATHAN BELL is a citizen of the United States and that the State of Michigan and resides in West Bloomfield.

2. Defendant PREFIX, INC. is a Michigan corporation with its offices and principal place of business in Rochester Hills.

3. This action arises under the Family and Medical Leave Act of 1993 (FMLA), 29 USC 2601 et seq.

4. This Honorable Court has jurisdiction pursuant to 28 USC 1331.

5. Plaintiff JONATHAN BELL is an eligible employee, as defined by the FMLA.

6. Defendant PREFIX, INC. is an employer, as defined by the FMLA.

7. The events giving rise to this cause of action occurred within the Eastern District of Michigan.

8. The amount in controversy exceeds Seventy-Five ($75,000) dollars, exclusive of interests, costs, and attorney fees.

## BACKGROUND FACTS

9. On or about Tuesday, August 5, 2003 Plaintiff JONATHAN BELL became employed as a Model Maker, classified as a DQ & V Technician, by Defendant PREFIX, INC.

2

10. On or about July 1, 2005 Plaintiff JONATHAN BELL learned that his father, Kenneth Bell, had a severe cardiac condition, subsequently diagnosed as cardiomyopathy, requiring absences from work.

11. On July 20, 2005, Plaintiff JONATHAN BELL notified his employer of his need to take time off intermittently and work a reduced schedule for the treatment, care and hospitalization of his father for a serious health condition relating to an illness and physical condition that involved impatient care in a hospital and continuing treatment by a health care provider.

12. On July 20, 2005 Plaintiff JONATHAN BELL's request was approved by his superiors, Dan Closs and Jim Turner, for an intermittent and reduced schedule leave to take time off from work for the treatment, care and hospitalization of his father.

13. From July 20, 2005 to August 5, 2005 Plaintiff JONATHAN BELL was needed episodically to care for his father, whose medical condition made him unable to care for his own basic medical, hygienic, nutritional needs and safety, and to transport himself to and from his physicians, hospitals and health care facilities.

14. On or about August 6, 2005 Plaintiff JONATHAN BELL notified his employer's Plant Manager, Jim Turner, that it was necessary to appear where his father was hospitalized. Further, Defendant approved of Plaintiff's request to shorten his work shift so that on August 6, 2005 he could appear with his father.

15. On August 14, 2005 Plaintiff JONATHAN BELL's father died.

16. On August 8, 2005, within three (3) days after his request for leave was again granted by Jim Turner, Plaintiff was terminated in that his former position was no longer available and he would not be returning to work.

3

## COUNT I

## VIOLATIONS OF THE FAMILY AND MEDICAL LEAVE ACT OF 1993

17.    Plaintiff JONATHAN BELL incorporates by reference paragraphs 1-16 as if fully restated herein, paragraph by paragraph.

18.    In failing to restore Plaintiff JONATHAN BELL to his previous position or an equivalent position with equivalent employment benefits, pay and other terms and conditions of employment , Defendant PREFIX, INC. violated Plaintiff's rights under the FMLA, 29 USC 2601 et seq.

19.    As a direct and proximate result of Defendant PREFIX, INC.'s actions, Plaintiff JONATHAN BELL has suffered lost wages, benefits, and loss of employment opportunities.

WHEREFORE, Plaintiff JONATHAN BELL requests a judgment against Defendant PREFIX, INC., as follows:

1.    Compensatory damages in whatever amount he is found to be entitled;

2.    Liquidated damages in whatever amount he is found to be entitled;

3.    An award of interests, costs, and reasonable attorney fees and expert witness fees;

4.    An Order reinstating Plaintiff to an appropriate employment position with Defendant;

5.    An injunction prohibiting any further acts of wrongdoing , discrimination, or retaliation; and

4

6.    Whatever other equitable relief appears appropriate at the time of final judgment.

## COUNT II

### RETALIATORY DISCHARGE

20.    Plaintiff JONATHAN BELL incorporates by reference paragraphs 1-19 as if fully restated herein, paragraph by paragraph

21.    Defendant PREFIX, INC. discharged Plaintiff JONATHAN BELL in whole or in part or failing to violate the public policy of the State of Michigan, for exercising his rights guaranteed by the Family and Medical Leave Act.

22.    As a direct and proximate result of Defendant's retaliatory discharge of Plaintiff, Plaintiff has been placed in financial distress; has suffered loss of wages and fringe benefits, loss of earning capacity, and loss of ability to work; and will suffer these losses in the future.

23.    As a direct and proximate result of Defendant's violations, Plaintiff has suffered depression, emotional and physical distress, mental and physical anguish, humiliation, loss of reputation and embarrassment, and the physical manifestations of these problems, and will suffer these problems in the future.

WHEREFORE, Plaintiff JONATHAN BELL requests a judgment against Defendant PREFIX, INC., as follows:

1.    Compensatory damages in whatever amount he is found to be entitled;

2.    Liquidated damages in whatever amount he is found to be entitled;

5

3.   An award of interests, costs, and reasonable attorney fees and expert witness fees;

4.   An Order reinstating Plaintiff to an appropriate employment position with Defendant;

5.   An injunction prohibiting any further acts of wrongdoing , discrimination, or retaliation; and

6.   Whatever other equitable relief appears appropriate at the time of final judgment.

## COUNT III

## WRONGFUL DISCHARGE AGAINST PUBLIC POLICY

24.   Plaintiff JONATHAN  BELL incorporates by reference paragraphs 1-23 as if fully restated herein, paragraph by paragraph.

25.   While Plaintiff was employed by Defendant, Defendant's policies, procedures and representations by his superiors, which were reasonably related to employee discharge, instilled legitimate expectations that Plaintiff would not be discharge for availing himself of the privileges and benefits to which he was entitled under the Family and Medical Leave Act.

26.   Plaintiff reasonably relied on these policies, procedures and representations, and , as a result, legitimately expected that he would not be involuntarily terminated for availing himself of the privileges and benefits to which he was entitled under the Family and Medical Leave Act

6

27.     As a result of Defendant's termination of Plaintiff's employment, Defendant interfered with the legitimate expectations Defendant has instilled in Plaintiff.

28.     As a direct and proximate result of Defendant's retaliatory discharge of Plaintiff, Plaintiff has been placed in financial distress; has suffered loss of wages and fringe benefits, loss of earning capacity, and loss of ability to work; and will suffer these losses in the future.

29.     As a direct and proximate result of Defendant's violations, Plaintiff has suffered depression, emotional and physical distress, mental and physical anguish, humiliation, loss of reputation and embarrassment, and the physical manifestations of these problems, and will suffer these problems in the future.

WHEREFORE, Plaintiff JONATHAN BELL requests a judgment against Defendant PREFIX, INC., as follows:

1.     Compensatory damages in whatever amount he is found to be entitled;

2.     Liquidated damages in whatever amount he is found to be entitled;

3.     An award of interests, costs, and reasonable attorney fees and expert witness fees;

4.     An Order reinstating Plaintiff to an appropriate employment position with Defendant;

5.     An injunction prohibiting any further acts of wrongdoing , discrimination, or retaliation; and

6.     Whatever other equitable relief appears appropriate at the time of final judgment.

Elmer L. Roller P23591
Elmer L. Roller P.C.
1760 S. Telegraph Rd.
Suite 300
Bloomfield Hills, MI 48302-0183
(248) 335-5000

Dated: November 3, 2005

Dated: _____

## VERIFICATION

I DECLARE UNDER THE PENALITIES OF PERJURY THAT THE FOREGOING

ALLEGATIONS OF THIS COMPLAINT ARE TRUE AND ACCURATE TO THE BEST

OF MY KNOWLEDGE, INFORMATION AND BELIEF

JONATHAN BELL

Subscribed and sworn to before me
This __28th__ day of __october__, 2005

Notary Public
Elmer L. Roller

Elmer L. Roller, Notary Public
State of Michigan, County of Oakland
My Commission Expires 9/23/2010
Acting in the County of _____

8

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHAN BELL,
  An Individual,

          Plaintiff,

```
JUDGE : Feikens, John
DECK  : S. Division Civil Deck
DATE  : 11/09/2005 @ 14:04:37
CASE NUMBER : 2:05CV74311
CIV BELL V PREFIX INC (EW)
```

V

**MAGISTRATE JUDGE R. STEVEN WHALEN**

PREFIX, INC.,
  A Michigan Corporation,

          Defendant.

                                                                          /

Elmer L. Roller P23592
Elmer L. Roller P.C.
1760 S. Telegraph Road
Suite 300
Bloomfield Hills, MI 48302-0183
(248) 335-5000

## JURY DEMAND

## DEMAND FOR TRIAL BY JURY

NOW COMES the Plaintiff herein, JONATHAN BELL, by and through the auspices

of their attorney, ELMER L. ROLLER, and demand a trial by jury of the facts and issues in

the above-entitled cause.

10

Elmer L. Roller P23591
Elmer L. Roller P.C.
1760 S. Telegraph Rd.
Suite 300
Bloomfield Hills, MI 48302-0183
(248) 335-5000

Dated: _11-03-05_

11

Feikens
05-74311

ORIGINAL

05-74311

JOHN FEIKENS

26125

**JS 44** (Rev. 11/04)

**CIVIL COVER SHEET** County in which this action arose Oakland County, Michigan

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
JONATHAN BELL

**DEFENDANTS**
PREFIX, INC.

**(b)** County of Residence of First Listed Plaintiff  Oakland County, Michigan
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Oakland, Michigan
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Elmer L. Roller P23592
Elmer L. Roller P.C
1760 S. Telegraph Rd., Bloomfield Hills, MI 48302-0183   (248) 335-5000

Attorneys (If Known)
Unknown

MAGISTRATE JUDGE R. STEVEN WHALEN

**II. BASIS OF JURISDICTION** (Select One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Select One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Select One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | **PERSONAL INJURY** | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Med. Malpractice | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | ☐ 365 Personal Injury - Product Liability | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 368 Asbestos Personal Injury Product Liability | ☑ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | **PERSONAL PROPERTY** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 370 Other Fraud |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 371 Truth in Lending |  |  | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 380 Other Personal Property Damage |  |  | ☐ 900 Appeal of Fee Determination Under Access to Justice |
| ☐ 290 All Other Real Property | ☐ 385 Property Damage Product Liability |  |  | ☐ 950 Constitutionality of State Statutes |
| **CIVIL RIGHTS** | **PRISONER PETITIONS** |  |  |  |
| ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence |  |  |  |
| ☐ 442 Employment | **Habeas Corpus:** |  |  |  |
| ☐ 443 Housing/ Accommodations | ☐ 530 General |  |  |  |
| ☐ 444 Welfare | ☐ 535 Death Penalty |  |  |  |
| ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other |  |  |  |
| ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights |  |  |  |
| ☐ 440 Other Civil Rights | ☐ 555 Prison Condition |  |  |  |

**V. ORIGIN** (Select One Box Only)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
29 USC 2601 et seq. Family and Medical Leave Act of 1993
Brief description of cause:
Plaintiff was wrongfully discharged; Defendant violated FMLA

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ $75,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
(See instructions):
JUDGE
DOCKET NUMBER

DATE
November 2, 2005

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# PURSUANT TO LOCAL RULE 83.11

1.            Is this a case that has been previously dismissed?      ☐ Yes   ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.            Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)      ☐ Yes   ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :