UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHAN BELL,

    Plaintiff,

v.

    Case No. 05-74311
    Hon. Lawrence P. Zatkoff

PREFIX, INC.,

    Defendant.

_____/

## VERDICT FORM

**QUESTION NO. 1:**

Do you find that Plaintiff Jonathan Bell proved by a preponderance of the evidence that Defendant Prefix Corporation violated the Family Medical Leave Act by retaliating against him?

  __X__ YES  _____ NO   [mark an "X" in the appropriate box]

If you answered "NO", then stop here.

If you answered "YES," then go to QUESTION NO. 2

**QUESTION NO. 2:**

2.1 What amount of money, if any, do you find would fairly and reasonably compensate Plaintiff for monetary losses, that Plaintiff suffered from the date of his termination through the date of this verdict:

$ _14,563_

2.2 What amount of money, if any, do you find would fairly and reasonably compensate Plaintiff for money losses from this date going forward into the future:

$ _0_

Date: _11/18/2009_

**s/Jury Foreperson**

In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.