UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHAN BELL,

    Plaintiff,

v.

                                      Case No. 05-74311
                                      Hon. Lawrence P. Zatkoff

PREFIX, INC.,

    Defendant.
_____/

## **JUDGMENT**

This action came on for a trial before the Court and a jury, the Honorable Lawrence P. Zatkoff, United States District Judge, presiding, the issues having been duly tried, and the jury having duly rendered its verdict;

IT IS HEREBY ORDERED AND ADJUDGED that judgment of $29,126.00, plus double the amount of prejudgment interest awarded, is entered in favor of Plaintiff, such sum based on the following:

1. Plaintiff was awarded $14,563.00 in damages pursuant to the jury's verdict;

2. The Court awards Plaintiff prejudgment interest on the verdict at an interest rate to be calculated pursuant to 28 U.S.C. § 1961;

3. The Court awards Plaintiff liquidated damages in an amount equal to the jury's verdict plus the amount of prejudgment interest awarded.

IT IS SO ORDERED.

                                              S/Lawrence P. Zatkoff
                                              LAWRENCE P. ZATKOFF
                                              UNITED STATES DISTRICT JUDGE

Dated: May 24, 2010

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 24, 2010.

                                         S/Marie E. Verlinde  
                                         Case Manager  
                                         (810) 984-3290